UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:08 CR 75 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| DARRYL L. ADAMS, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh, regarding the change of plea hearing of Darryl L. Adams, which was referred to the Magistrate Judge with the consent of the parties.

On February 13, 2008, the government filed a ten count indictment against Defendant Darryl L. Adams, for Aiding and Assisting with the Filing of False Returns as defined in Title 26, United States Code, Section 7206(2).

On March 3, 2008, a hearing was held in which Defendant Adams, entered a plea of not guilty before Magistrate George J. Limbert.  On May 6, 2008, Magistrate Judge Kenneth S. McHargh received Defendant Adams's plea of guilty to counts 1 - 10, of the indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted

and a finding of guilty entered. Magistrate Judge McHargh filed his R&R on May 6, 2008.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Adams is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Adams is adjudged guilty of Counts 1-10 in violation of Title 26 Section 7206(2) .  This matter is referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be on July 31, 2008, at 10:00 a.m. in Courtroom 17-A.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE